## Ex parte Virgil ASHFORD.
### No. 23023.

Court of Criminal Appeals of Texas.
Nov. 22, 1944.

W. J. Duke, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Upon petition of appellant asserting that he was being illegally restrained of his liberty the district judge issued a writ of habeas corpus, and after a hearing remanded appellant. From this order appellant appealed.

He now files his affidavit advising this court that he desires to withdraw his appeal, and at his request the appeal is ordered dismissed.

## Frank CAGLE, Appellant, v. STATE of Texas, Appellee.
### No. 22983.

Court of Criminal Appeals of Texas.
Dec. 6, 1944.

J. E. Winfree and Bernard Golding, both of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was indicted for keeping and exhibiting a policy game. Under the formalities required by the statute—Art. 10 a and 12, Vernon's Ann.Tex. C.C.P., Acts 42d Leg., c. 43, p. 65—appellant waived a jury and entered his plea of guilty before the court, who, after hearing the evidence submitted adjudged appellant guilty of keeping and exhibiting a policy game and assessed his punishment at two years in the penitentiary.

Appellant gave notice of appeal to this court. He has now filed his affidavit advising us that he no longer desires to prosecute his appeal, and at his request same is dismissed.

## Wade COLEMAN, Appellant, v. STATE of Texas, Appellee.
### No. 23019.

Court of Criminal Appeals of Texas.
Nov. 29, 1944.

Jimmie Cunningham and Eugene F. Mathis, both of Lubbock, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for murder, punishment assessed being 20 years in the penitentiary.

Appellant has filed proper affidavit advising this court that he desires to no further prosecute the appeal, and at his request the same is dismissed.

## Jeff B. TALBERT, Appellant, v. STATE of Texas, Appellee.
### No. 23005.

Court of Criminal Appeals of Texas.
Dec. 20, 1944.

John D. Glass, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Since the appeal was perfected in this case, appellant has died.

The appeal is therefore abated.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.